# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CRIMINAL MINUTES - GENERAL

| Case No. | **CR 93-743-TJH** | Date | JUNE 24, 2008 |
|---|---|---|---|

| Present: The Honorable | TERRY J. HATTER, JR., U.S. DISTRICT JUDGE PRESIDING |
|---|---|
| Interpreter | N/A |

| YOLANDA SKIPPER | NOT REPORTED | ROBERT E. DUGDALE |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. NATHANIEL MCKINLEY PHILLIPS | NOT | ✗ | | 1. RAYMOND SIERRALTA | NOT | | ✗ |

**Proceedings:**   IN CHAMBERS - NOTICE TO PARTIES AND ORDER

Counsel are hereby notified that after having carefully considered the papers and the evidence submitted by the parties, the court hereby DENIES the Defendant's motion for reduction of sentence, filed on March 7, 2008 (#48).

**IT IS SO ORDERED.**